# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRYAN CAGE

NO. 2024 KW 0732

**AUGUST 12, 2024**

---

In Re:    Bryan Cage, applying for supervisory writs, 23rd
          Judicial District Court, Parish of Ascension, Nos.
          46491, 46531.

---

**BEFORE:    GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**STAY DENIED.**

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT